PD-0487&0488-15    01-14-00514-cr

NO. 01-14-00513CR

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 26 2015

Abel Acosta, Clerk

granted to 7-27-15

FILED IN
COURT OF CRIMINAL APPEALS

JUN 26 2015

Abel Acosta, Clerk

| | | |
|---|---|---|
| AARON Charles Burton, | § | IN THE TEXAS COURT |
| PETITIONER | § | |
| | § | |
| VS. | § | OF |
| | § | |
| THE STATE OF TEXAS, | § | |
| RESPONDENT | § | CRIMINAL APPEALS |

## MOTION FOR EXTENSION OF TIME TO FILE PDR

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, AARON Charles Burton, Petitioner, and files this motion for an extension of sixty-(60) days in which to file a Petition for Discretionary Review. In support of this motion, Petitioner shows the Court the following:

### I.

The Petitioner was convicted in the 351 District Court of Harris County, Texas of the offense of Possession of a Controlled Substance in Cause No. 1330898,1330899 styled The State of Texas vs. AARon Charles Burton The Petitioner appealed to the Court of Appeals, First District Supreme Judicial District, Appeal No. 01-14-00513 CR. The case was affirmed on April 9, 2015.

### II.

The present deadline for filing the Petition for Discretionary Review is June 10, 2015. The Petitioner has not requested any extension prior to this request.

### III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in affirming his case until May 10, 2015. Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, Tony Aninao, has informed Petitioner that he will not represent him on the Petition for Discretionary Review.

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Cause No. 01-14-00513CR to September 10, 2015.

Respectfully submitted,

Aaron Charles Burton
Petitioner Pro Se
TDCJ #
Texas Department of Criminal Justice

## CERTIFICATE OF SERVICE

I, *Aaron Charles Buxton*, do hereby certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File a Petition for Discretionary Review, has been forwarded by United States Mail, postage prepaid, first class, to the State Prosecuting Attorney, P. O. Box 12405, Austin, TX 78711, and the District Attorney for *HARRIS* County, Texas on the *JUNE* day of *22*, 20 *15*.

*Aaron Charles Buxton*
Petitioner Pro Se